**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN JOSUE PALACIOS LOPEZ, (A-Number: 244-764-178)<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION CENTER,<br><br>Respondent. | No. 1:26-cv-01111 JLT SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 7)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

Petitioner Jonathan Josue Palacios Lopez was at the time of filing an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 17, 2026, the assigned Magistrate Judge issued Findings and Recommendations to dismiss the petition. (Doc. 7.) The Court served the Findings and Recommendations on all parties, notified them that any objections were due within 21 days, and warned that failure to timely file objections may result in the waiver of certain appellate rights. (Doc. 7 at 3, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Over 21 days have passed, and no

1

party has filed objections. Moreover, a search of the Immigration and Customs Enforcement online detainee locator suggests that Petitioner may no longer be in ICE custody.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1.   The Findings and Recommendations issued on March 17, 2026, (Doc. 7), are **ADOPTED** in full.

2.   The petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

3.   The Clerk of Court is directed to enter judgment and close the case.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **April 15, 2026**

_____
UNITED STATES DISTRICT JUDGE

2